UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-747 |
| | : | |
| vs. | : | Hon. Jose L. Linares |
| | : | |
| | : | <u>ORDER TERMINATING SUPERVISED</u> |
| IMMANUEL SIMMONS | : | <u>RELEASE</u> |

Upon motion of the defendant, filed on June 14, 2011, for early termination of his supervised release, which was transferred to this District from the United States District Court for the Southern District of Florida on October 20, 2009, and the Government not having opposed the motion, and for good and sufficient cause shown,

WHEREFORE, on this 15th of June, 2011,

IT IS ORDERED that the defendant's motion be, and it hereby is, GRANTED, and

IT IS FURTHER ORDERED that the defendant's supervised release be, and it hereby is, TERMINATED.

_____
HONORABLE JOSE L. LINARES
United States District Judge